# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00536-CV

### In re Robert Walter Bonner

### ORIGINAL PROCEEDING FROM JOHNSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Robert Walter Bonner, acting pro se, has filed a document with this Court entitled "Motion for Leave to File Petition for Writ of Mandamus." Bonner asks this Court for leave to file a petition that requests issuance of a writ of mandamus against the district judge presiding over the 413th Judicial District Court of Johnson County.

This Court's mandamus authority is limited to issuing a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). Our court of appeals district does not include Johnson County. *See id.* § 22.201(d) (West Supp. 2012). Consequently, we do not have the authority to issue a writ of mandamus against a judge of a district court in Johnson County. Nor has Bonner demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction as we have no appellate jurisdiction of a proceeding pending in, or an order appealed from, a Johnson County court. *See id.* § 22.220 (West Supp. 2012).

This original proceeding is dismissed for lack of jurisdiction.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   August 22, 2012